BROWNSTEIN THOMAS, LLP
MARK C. THOMAS SBN: 215580
180 Montgomery Street, Suite 940
San Francisco, CA 94104
415-986-1338
415-986-1231 facsimile

Attorneys for Plaintiff
Michael Harrington

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HARRINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NEWARK,<br><br>Defendant. | Case No.: C-09-3787 MMC<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEYS AND [PROPOSED] ORDER**<br><br>Judge: Hon. Maxine M. Chesney |

NOTICE IS HEREBY GIVEN that, subject to the approval of the court, Plaintiff Michael Harrington ("Plaintiff") substitutes Arkady Itkin (State Bar No. 253194) as counsel in place of Mark C. Thomas.

Contact information for new counsel is as follows:
Arkady Itkin
335 Powell St 14FL
San Francisco, CA 94102
Phone Number: (415) 640-6765; Fax Number: (415) 508-3474
e-mail: arkady_law@earthlink.net

I consent to the above substitution.

Date: 1/25/10

_____
Michael Harrington

1 | I consent to being substituted.

2 | Date: 1/25/10

           Mark C. Thomas

5 | I consent to the above substitution.

6 | Date: 1/25/2010

           Arkady Itkin

The substitution of attorneys is hereby approved and ORDERED, provided, however, that the substitution shall not by itself constitute good cause to continue any pretrial or trial date.

Date: January 26, 2010

           Honorable Maxine M. Chesney
           United States District Judge