JEFFREY SLOAN (SBN 078179)
jsloan@rshslaw.com
TIMOTHY G. YEUNG (SBN 186170)
tyeung@rshslaw.com
STEVE CIKES (SBN 235413)
scikes@rshslaw.com
RENNE SLOAN HOLTZMAN SAKAI LLP
350 Sansome Street, Suite 300
San Francisco, CA 94104-1304
Telephone: (415) 678-3800
Facsimile: (415) 678-3838

Attorneys for Defendant,
CITY OF NEWARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HARRINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NEWARK,<br><br>Defendant. | Case No.: C-09-3787-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PARTIES TO COMPLETE MEDIATION**<br><br>[N.D. ADR Local Rule 6-5]<br><br>**Complaint Filed:** August 18, 2009<br>**Trial Date:** Not Set |

Plaintiff Michael Harrington ("Plaintiff") and Defendant City of Newark ("Defendant"), through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed this action on August 24, 2009. Shortly thereafter, the case was assigned to the Northern District's ADR Multi-Option Program.

WHEREAS, on November 12, 2009, the parties stipulated to participate in mediation, pursuant to ADR Local Rule 3-5(c)(1).

WHEREAS, on November 16, 2009, the Court entered an order approving the parties' stipulation. The Court's order requires the parties to complete mediation by February 12, 2010.

WHEREAS, on December 12, 2009, the Court notified the parties of the appointment of mediator, Robert A. Edwards.

1

WHEREAS, on December 22, 2009, counsel for the parties and the mediator participated in joint phone conference. During the phone conference, Mark Thomas, Plaintiff's counsel at the time, informed the mediator and Defendant's counsel that, depending on circumstances, there was a possibility that he may substitute out as counsel for Plaintiff. Consequently, the parties and the mediator agreed that it would be premature to schedule a mediation session until the issues concerning Plaintiff's legal representation were resolved.

WHEREAS, on January 6, 2010, the mediator sent an email to Mr. Thomas, inquiring whether it would be possible to continue discussions regarding the scheduling of a mediation session. A copy of the mediator's email is attached hereto as Exhibit A. Mr. Thomas did not respond to the email.

WHEREAS, on January 25, 2010, Mr. Thomas filed a notice of substitution of attorneys, indicating that Arkady Itkin would be substituting in as Plaintiff's counsel in this matter.

WHEREAS, given that this case was effectively on hold while Plaintiff was obtaining new counsel, the parties have been unable to participate in – or, for that matter, even schedule – a mediation session within the prescribed timeframe. Accordingly, now that Plaintiff has obtained new legal representation, they seek a brief extension of time, pursuant to ADR Local Rule 6-5, in order to participate in mediation.

NOW THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. That the February 12, 2010 deadline for the parties to complete mediation be extended until March 31, 2010.

**IT IS SO STIPULATED.**

Dated: February 12, 2010   RENNE SLOAN HOLTZMAN SAKAI LLP

By: _____
Timothy G. Yeung
Steve Cikes
Attorneys for Defendant City of Newark

Dated: February 12, 2010     By: _____
                                 Arkady Itkin
                                 Attorney for Plaintiff Michael Harrington

**IT IS SO ORDERED.**

Dated: February 19, 2010  _____
                          The Honorable Maxine M. Chesney
                          UNITED STATES DISTRICT COURT JUDGE

**From:** Bob Edwards [mailto:r.edwards@comcast.net]
**Sent:** Wednesday, January 06, 2010 4:40 PM
**To:** Mark Thomas
**Cc:** Tim Yeung
**Subject:** Harrington v. City of Newark -- Mediation

Mark -

Per our pre-mediation conference call of December 22, 2009, and confirming my earlier voicemail today, I am inquiring as to the status of your investigation into whether it will be possible to continue our discussions regarding the scheduling or a mediation in the subject matter. Please advise

Robert A. Edwards
Mediator
Law Office of Robert A. Edwards
19201 Sonoma Hwy. #111
Sonoma CA 95476
P: 707-933-9351
F: 707-939-9504

The information contained in this message may be attorney-client privileged or confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this communication in error, please notify us immediately by telephone and by return e-mail. Thank you

**EXHIBIT A**