JEFFREY SLOAN (SBN 078179)
jsloan@rshslaw.com
TIMOTHY G. YEUNG (SBN 186170)
tyeung@rshslaw.com
STEVE CIKES (SBN 235413)
scikes@rshslaw.com
RENNE SLOAN HOLTZMAN SAKAI LLP
350 Sansome Street, Suite 300
San Francisco, CA 94104-1304
Telephone: (415) 678-3800
Facsimile: (415) 678-3838

Attorneys for Defendant,
CITY OF NEWARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL HARRINGTON,

Plaintiff,

vs.

CITY OF NEWARK,

Defendant.

Case No.: C-09-3787-MMC

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PARTIES TO COMPLETE MEDIATION

[N.D. ADR Local Rule 6-5]

Complaint Filed: August 18, 2009
Trial Date: Not Set

Plaintiff Michael Harrington ("Plaintiff") and Defendant City of Newark ("Defendant"), through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed this action on August 24, 2009. Shortly thereafter, the case was assigned to the Northern District's ADR Multi-Option Program.

WHEREAS, on November 12, 2009, the parties stipulated to participate in mediation, pursuant to ADR Local Rule 3-5(c)(1).

WHEREAS, on November 16, 2009, the Court entered an order approving the parties' stipulation. The Court's order requires the parties to complete mediation by February 12, 2010.

WHEREAS, on December 12, 2009, the Court notified the parties of the appointment of mediator, Robert A. Edwards.

1

1    WHEREAS, on December 22, 2009, counsel for the parties and the mediator participated
2 in joint phone conference. During the phone conference, Mark Thomas, Plaintiff's counsel at the
3 time, informed the mediator and Defendant's counsel that, depending on circumstances, there
4 was a possibility that he may substitute out as counsel for Plaintiff. Consequently, the parties
5 and the mediator agreed that it would be premature to schedule a mediation session until the
6 issues concerning Plaintiff's legal representation were resolved.
7    WHEREAS, on January 6, 2010, the mediator sent an email to Mr. Thomas, inquiring
8 whether it would be possible to continue discussions regarding the scheduling of a mediation
9 session. A copy of the mediator's email is attached hereto as Exhibit A. Mr. Thomas did not
10 respond to the email.
11    WHEREAS, on January 25, 2010, Mr. Thomas filed a notice of substitution of attorneys,
12 indicating that Arkady Itkin would be substituting in as Plaintiff's counsel in this matter.
13    WHEREAS, given that this case was effectively on hold while Plaintiff was obtaining
14 new counsel, the parties have been unable to participate in – or, for that matter, even schedule – a
15 mediation session within the prescribed timeframe. Accordingly, now that Plaintiff has obtained
16 new legal representation, they seek a brief extension of time, pursuant to ADR Local Rule 6-5, in
17 order to participate in mediation.
18    NOW THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:
19    1.    That the February 12, 2010 deadline for the parties to complete mediation be
20 extended until March 31, 2010.
21    **IT IS SO STIPULATED.**

Dated: February 12, 2010         RENNE SLOAN HOLTZMAN SAKAI LLP

                                 By: _____
                                     Timothy G. Yeung
                                     Steve Cikes
                                 Attorneys for Defendant City of Newark

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PARTIES TO COMPLETE MEDIATION;
CASE NO. C-09-3787-MMC

Dated: February 12, 2010

By: _____
Arkady Itkin
Attorney for Plaintiff Michael Harrington

IT IS SO ORDERED.

Dated: February 19, 2010 _____
The Honorable Maxine M. Chesney
UNITED STATES DISTRICT COURT JUDGE

From: Bob Edwards [mailto:r.edwards@comcast.net]
Sent: Wednesday, January 06, 2010 4:40 PM
To: Mark Thomas
Cc: Tim Yeung
Subject: Harrington v. City of Newark -- Mediation

Mark -

Per our pre-mediation conference call of December 22, 2009, and confirming my earlier voicemail today, I am inquiring as to the status of your investigation into whether it will be possible to continue our discussions regarding the scheduling or a mediation in the subject matter. Please advise

Robert A. Edwards
Mediator
Law Office of Robert A. Edwards
19201 Sonoma Hwy. #111
Sonoma CA 95476
P: 707-933-9351
F: 707-939-9504

The information contained in this message may be attorney-client privileged or confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this communication in error, please notify us immediately by telephone and by return e-mail. Thank you

**EXHIBIT A**