**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HARRINGTON, | No. C 09-3787 MMC |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| CITY OF NEWARK, | |
| Defendant. | |

On March 12, 2010, counsel for plaintiff failed to appear as ordered at a regularly scheduled Case Management Conference in the above-entitled action. Counsel for defendants appeared.

Accordingly, counsel for plaintiff is hereby ordered to show cause, in writing, filed with the Court and served on opposing counsel no later than March 26, 2010, why the case should not be dismissed for failure to prosecute.

If counsel for plaintiff fails to timely respond to this Order, the case will be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: March 12, 2010

MAXINE M. CHESNEY
United States District Judge