IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HARRINGTON, | No. C 09-3787 MMC |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| CITY OF NEWARK, | |
| Defendant. | |

On Friday, March 12, 2010, plaintiff failed to appear at a regularly scheduled Case Management Conference in the above-titled case. That same date the Court issued an Order to Show Cause, by which the Court directed plaintiff to show cause why, in light of plaintiff's failure to appear, the case should not be dismissed for failure to prosecute. On March 16, 2010, plaintiff's counsel filed a Response, explaining therein that he had miscalendared the Conference "for the following day." (See Response at 1:23-24.)

Although it should have been readily apparent that the Court would not be conducting court proceedings on a Saturday, the Court nonetheless will accept counsel's explanation and hereby DISCHARGES the Order to Show Cause.

**IT IS SO ORDERED.**

Dated: March 29, 2010

MAXINE M. CHESNEY
United States District Judge