JEFFREY SLOAN (SBN 078179)
jsloan@rshslaw.com
TIMOTHY G. YEUNG (SBN 186170)
tyeung@rshslaw.com
STEVE CIKES (SBN 235413)
scikes@rshslaw.com
RENNE SLOAN HOLTZMAN SAKAI LLP
350 Sansome Street, Suite 300
San Francisco, CA  94104-1304
Telephone:  (415) 678-3800
Facsimile:   (415) 678-3838

Attorneys for Defendant,
CITY OF NEWARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HARRINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NEWARK,<br><br>Defendant. | Case No.: C-09-3787-MMC<br>ORDER RE:<br>STIPULATION AND [PROPOSED] ORDER <s>CONTINUING</s> DEADLINE FOR PARTIES TO FILE DISPOSITIVE MOTIONS<br><br><br><br>**Complaint Filed:**   August 18, 2009<br>**Trial Date:**           December 13, 2011 |

      Plaintiff Michael Harrington ("Plaintiff") and Defendant City of Newark ("City"), through their respective counsel, hereby stipulate and agree as follows:

      WHEREAS, Plaintiff filed this action on August 18, 2009.  In his complaint, Plaintiff alleges that, during his employment as a police officer with the Newark Police Department, Defendant failed to adequately compensate him for all overtime hours worked, in violation of the Fair Labor Standards Act ("FLSA").

      WHEREAS, the parties in this action appeared for an initial case management conference on December 4, 2009.  Following the CMC, the Court issued a Pretrial Preparation Order scheduling various deadlines in this matter, including a September 10, 2010 deadline for the

1

1  parties to file dispositive motions.

2  WHEREAS, on or about February 9, 2010, Plaintiff filed a separate action in Alameda
3  County Superior Court against Defendant and certain individual employees of the Newark Police
4  Department. In his state court complaint, Plaintiff asserts claims for negligence, defamation per
5  se and libel. He also asserts a claim for sexual orientation harassment and discrimination under
6  California's Fair Employment and Housing Act (Cal. Gov't Code § 12940 et seq.).

7  WHEREAS, starting on or about July 20, 2010, the parties initiated informal discussions
8  regarding the terms of a global settlement which would resolve this action and Plaintiff's state
9  court action in their entirety.

10  WHEREAS, to date, the parties have been unable to complete their settlement
11  discussions and will need an additional two to three weeks to do so. Accordingly, in light of
12  their pending settlement discussions and in order to avoid incurring additional and potentially
13  unnecessary fees and costs, the parties respectfully request that the September 10, 2010 deadline
14  to file dispositive motions in this matter be extended to October 1, 2010. This requested
15  extension will not impact any other deadlines currently scheduled in this matter. The next
16  scheduled date in this matter is a November 30, 2010 pretrial conference and the parties' jury
17  trial is scheduled to commence on December 13, 2010.

18  NOW THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

19  1.   That the September 10, 2010 deadline for the parties to file dispositive motions in
20  this matter be continued until October 1, 2010.

22  **IT IS SO STIPULATED.**

24  Dated: August 30, 2010                    RENNE SLOAN HOLTZMAN SAKAI LLP

26                                              By: _____
27                                                  Timothy G. Yeung
                                                    Steve Cikes
28                                              Attorneys for Defendant City of Newark

2

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR PARTIES TO FILE DISPOSITIVE MOTIONS;
CASE NO. C-09-3787-MMC

Dated: August 30, 2010

LAW OFFICE OF ARKADY ITKIN

By: _____
Arkady Itkin
Attorney for Plaintiff Michael Harrington

Given the proximity of the resulting hearing date to the Pretrial Conference, there is no assurance the parties will be able to meaningfully prepare and submit their pretrial filings in advance of the Pretrial Conference. Accordingly, the stipulation is hereby DENIED without prejudice to further discussion at the Status Conference.

**IT IS SO ORDERED.**

Dated: September 15, 2010

_____
The Honorable Maxine M. Chesney
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR PARTIES TO FILE DISPOSITIVE MOTIONS;
CASE NO. C-09-3787-MMC