JEFFREY SLOAN (SBN 078179)
jsloan@rshslaw.com
TIMOTHY G. YEUNG (SBN 186170)
tyeung@rshslaw.com
STEVE CIKES (SBN 235413)
scikes@rshslaw.com
RENNE SLOAN HOLTZMAN SAKAI LLP
350 Sansome Street, Suite 300
San Francisco, CA 94104-1304
Telephone: (415) 678-3800
Facsimile: (415) 678-3838

Attorneys for Defendant,
CITY OF NEWARK


ARKADY ITKIN (SBN 253194)
arkady_law@earthlink.net
LAW OFFICE OF ARKADY ITKIN
335 Powell Street, 14th Floor
San Francisco, CA 94102
Telephone: (415) 640-6765
Facsimile: (415) 508-3474

Attorney for Plaintiff,
MICHAEL HARRINGTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HARRINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NEWARK,<br><br>Defendant. | Case No.: C-09-3787-MMC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE;** [PROPOSED] **ORDER**<br><br><br>**Complaint Filed:** August 18, 2009<br>**Trial Date:** December 13, 2011 |

## STIPULATION FOR DISMISSAL

Plaintiff Michael Harrington ("Plaintiff") and Defendant City of Newark ("Defendant") hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed this action on August 18, 2009. In his complaint, Plaintiff alleges that, during his employment as a police officer with the Newark Police Department, Defendant failed to adequately compensate him for all overtime hours worked, in violation of the Fair Labor Standards Act ("FLSA"). Defendant disputes these allegations.

WHEREAS, in the parties' initial Joint Case Management Statement, filed with the Court on November 30, 2009, Plaintiff indicated that he was seeking unpaid wages in the amount of $5,857.61, an equal amount in liquidated damages, as well as attorneys' fees and costs.

WHEREAS, shortly after this action was filed, the parties initiated good faith, informal settlement discussions and have continued those discussions to date.

WHEREAS, on or about September 29, 2010, the parties reached agreement on the terms of a global settlement that would resolve this action as well as Plaintiff's pending state court proceedings in their entirety. The parties' settlement agreement requires Defendant to pay Plaintiff a settlement amount of $5,000.00. The parties agree that this settlement is a resolution of disputed matters and is not, in any way, an admission of liability, fault or wrongdoing on the part of any party.

IT IS HEREBY STIPULATED, by and between the parties of this action and through their designated counsel, that the above-entitled action will be disposed of as follows:

1. That the Court order this action be dismissed with prejudice in its entirety as to all parties pursuant to Federal Rule of Civil Procedure 41(a)(2).

2. That each side bear its own costs and attorneys' fees.

//
//
//
//

STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER
CASE NO. C-09-3787-MMC

**IT IS SO STIPULATED.**

Dated: October 6, 2010

RENNE SLOAN HOLTZMAN SAKAI LLP

By: _____
Timothy G. Yeung
Steve Cikes
Attorneys for Defendant City of Newark

Dated: October 6, 2010

LAW OFFICE OF ARKADY ITKIN

By: _____
Arkady Itkin
Attorneys for Defendant City of Newark

2

STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER
CASE NO. C-09-3787-MMC

## [PROPOSED] ORDER

Pursuant to the parties' stipulation and good cause appearing therefor,

IT IS ORDERED that this action be and is hereby DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees.

Dated: __October 7__, 2010

*/s/ Maxine M. Chesney*
The Honorable Maxine M. Chesney
UNITED STATES DISTRICT COURT JUDGE